201 So.2d 520

**STATE of Louisiana**

v.

**Dean A. ANDREWS, Jr.**

No. 48880.

Aug. 9, 1967.

In re: Dean A. Andrews, Jr., applying for a Stay Order.

The application is denied. Considering the return of the trial judge that all of the witnesses have been subpoenaed, with the exception of three persons, who are currently living in other states, and that the courts in these states have refused the request of the State of Louisiana to return these persons to the State of Louisiana, we find no error in the ruling complained of.

201 So.2d 520

**Kermit WURZLOW et al.**

v.

**PLACID OIL COMPANY**

No. 48879.

Aug. 10, 1967.

In re: Placid Oil Company applying for writs of certiorari, prohibition and mandamus.

Writs refused. The ruling of the trial court is correct.